IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JERMAIN D. LEWIS                                                  PLAINTIFF

v.                    No. 5:17-cv-225-DPM

DEBRA SCOTT, Sergeant, Delta
Regional Unit, ADC, and JONATHAN
TAYLOR, Sergeant Delta Regional Unit, ADC      DEFENDANTS

## JUDGMENT

Lewis's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
11 October 2017